✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

- v. - :

MORNINGSTAR RAINDANCE, :
    a/k/a "Lillian Helfant,"
    a/k/a "Rachel Simpson," :
    a/k/a "Sally Greenberg"
    :
    Defendant.
    :
- - - - - - - - - - - - - - - - x

**08CRIM 116**

NOTICE OF INTENT TO
FILE AN INFORMATION

*JUDGE SCHEINDLIN*

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
        February 6, 2008

                MICHAEL J. GARCIA
                United States Attorney

      By: _____
           Benjamin A. Naftalis
           Assistant United States Attorney

AGREED AND CONSENTED TO:

      By: _____
           Joel Walter, Esq.
           Attorney for Morningstar Raindance

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

2/8/08    WHEEL A