JUDGE SCHEINDLIN

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :     INFORMATION

       - v. -                        :     08 Cr.

MORNINGSTAR RAINDANCE,                 :
     a/k/a "Lillian Helfant,"
     a/k/a "Rachel Simpson,"          :
     a/k/a "Sally Greenberg"

         Defendant.                 :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1.  From on or about December 26, 2007, up to and
including on or about January 9, 2008, in the Southern District
of New York and elsewhere, MORNINSTAR RAINDANCE, a/k/a "Lillian
Helfant," a/k/a "Rachel Simpson," a/k/a "Sally Greenberg," the
defendant, and others known and unknown, unlawfully,
intentionally, and knowingly did combine, conspire, confederate,
and agree together and with each other to violate the narcotics
laws of the United States.

2.  It was a part and an object of the conspiracy that
MORNINSTAR RAINDANCE, a/k/a "Lillian Helfant," a/k/a "Rachel
Simpson," a/k/a "Sally Greenberg," the defendant, and others
known and unknown, would and did distribute, and possess with
intent to distribute, a controlled substance, to wit, less than

10 kilograms of hashish, in violation of Sections 812, 841(a)(1), and 841(b)(1)(D) of Title 21, United States Code.

OVERT ACTS

     3.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

     a.    On or about January 9, 2008, MORNINSTAR RAINDANCE, a/k/a "Lillian Helfant," a/k/a "Rachel Simpson," a/k/a "Sally Greenberg," the defendant, met with a co-conspirator not named as a defendant herein in the vicinity of Christopher Street and Seventh Avenue, in Manhattan, New York, to conduct a narcotics transaction.

     (Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

     4.    As a result of committing the controlled substance offense alleged in Count One of this Information, MORNINSTAR RAINDANCE, a/k/a "Lillian Helfant," a/k/a "Rachel Simpson," a/k/a "Sally Greenberg," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

2

<u>Substitute Asset Provision</u>

     5.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

MICHAEL J. GARCIA
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### MORNINGSTAR RAINDANCE,
### a/k/a "Lillian Helfant,"
### a/k/a "Rachel Simpson,"
### a/k/a "Sally Greenberg"

### Defendant.

### __INFORMATION__

08 Cr.

(Title 21, United States Code,
Sections 846.)

MICHAEL J. GARCIA
United States Attorney.

2/11/08   FILED INFORMATION AND WAIVER
DEFT CONSENTS TO PLEAD TO INFORMATION
BEFORE MAG JUDGE (GORENSTEIN). DEFT
ENTERS GUILTY PLEA TO INFORMATION. CASE
ASSIGNED TO JUDGE SCHEINDLIN FOR ALL PURPOSES.
PSI ORDERED. SENT DATE SET FOR 5/20/08 @ 4:30
BAIL CONT'D AS SET                    GORENSTEIN M.J.