JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    WAIVER OF INDICTMENT

    - v. -                        :    08 Cr.

MORNINSTAR RAINDANCE,
    a/k/a "Lillian Helfant,"       :    08CRIM 116
    a/k/a "Rachel Simpson,"
    a/k/a "Sally Greenberg,"

              Defendant.       :

- - - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

[SDNY ELECTRONICALLY FILED FEB 11 2008 stamp]

_MorningStar Raindance_
Defendant

_[signature]_
Witness

_[signature]_
Counsel for Defendant

Date:    New York, New York
        2/11            , 2008