UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :         ORDER

        -v.-                      :         08 Cr. 116 (SAS)

MORNINGSTAR RAINDANCE,            :
    a/k/a "Lillian Helfant,"
    a/k/a "Rachel Simpson,"       :
    a/k/a "Sally Greenberg"
                                  :
            Defendant.
                                  :

- - - - - - - - - - - - - - - - x

    WHEREAS, with the defendant's consent, his guilty plea

allocution was taken before the Honorable Gabriel W. Gorenstein,

United States Magistrate Judge, on February 11, 2008;

    WHEREAS, a transcript of the allocution was made and

thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has

determined that the defendant entered the plea of guilty to Count

One of Information 08 Cr. 116 (SAS) knowingly and voluntarily,

and that there is a factual basis for the guilty plea,

    IT IS ORDERED that the defendant's guilty plea be, and

hereby is, ACCEPTED.

Dated:    MAR. 20, 2008


_____
Honorable Shira A. Scheindlin
United States District Judge