

LAW OFFICES
# Joel S. Walter and Associates, P.C.
Joel S. Walter, Esq.

225 BROADWAY, SUITE 1608
NEW YORK, NY 10007
212-566-3900

TELECOPIER: 212-566-6699
E-mail: Jwalter310@aol.com

OF COUNSEL
ROBERT A. BOLAND, ESQ.*
*Admitted in New York & Georgia
SANDRA R. SCHIFF, ESQ.
MICHAEL H. SOROKA, ESQ.

May 6, 2008

Hon. Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED
CHAMBERS OF
MAY 07 2008
JUDGE SCHEINDLIN

[Electronically Filed stamp] 5/7/08

    **Re: USA v. Morningstar Raindance, et al**
    **08 CR 116 (SAS)**

Dear Judge Scheindlin:

    I represent Moringstar Raindance who is scheduled to be sentenced by your Honor on May 20, 2008 at 4:30 PM and am writing to request an adjournment of her sentence for at least one month.

    During the past two and a half years I: 1) have been hospitalized for an acute attack of diverticulitis of my colon (a condition which continues to persist and for which I am taking medication which still only allows me to work part-time as a solo practioner); 2) had colon surgery to remove polyps and part of my colon; 3) had hernia surgery; 4) developed orthoarthritis of my left hip; 5) have been treated for high blood pressure; 6) have had two biopsies of my prostate due to its increase in size and a PSA reading of 9 and 7. moved my office December 1, 2007.

    All this illness striking during the same period of time has forced me to have many cases handled by other attorneys, however, I am now able to work slightly more than half time. I require medical records regarding my client which I strongly believe your Honor should consider when sentencing Ms. Raindance (accident records reflecting Ms. Raindance's diminished mental capacity, records regarding her participation in the care of her son and grandson who are bi-polar and her SSI file which contains medical evaluations by government doctors). I am still awaiting these records which I am currently able to pursue as I am now able to work longer hours.

    I apologize for needing to make this request and hope that you can see your way to granting an extension of Ms. Raindance's sentencing to any date after June 20th.

*Sentence adjourned to June 25 at 4:30*
*So Ordered: [signature] USDJ 5/7/08*

This is the only request I have made for an extension of time. I have discussed this application with AUSA Benjamin Naftalis who does not oppose same.

Thank you very much for your consideration.

Respectfully submitted,

Joel S. Walter & Associates, P.C.

By: _____
Joel S. Walter, Esq.

JSW/nt
c:   Benjamin Naftalis
     Probation Officer Thomas McCathy