LAW OFFICES

## Joel S. Walter and Associates, P.C.
### Joel S. Walter, Esq.

225 BROADWAY, SUITE 1605
NEW YORK, NY 10007
212-566-3900

TELECOPIER: 212-566-6699
E-mail: cdarrowj@gmail.com

OF COUNSEL
ROBERT A. BOLAND, ESQ.*
*Admitted in New York & Georgia
SANDRA R. SCHIFF, ESQ.
MICHAEL H. SOROKA, ESQ.

June 10, 2008

Honorable Shira Scheindlin
U.S District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: USA v. Morningstar Raindance
08 CR 116 -01 (SAS)
**Request for Adjournment of Sentence**

Dear Judge Scheindlin:

I am writing to request an adjournment of the sentence of my client, Morningstar Raindance who is currently scheduled for sentencing June 25, 2008 at 4:30PM.

I just received the Presentence Report on Friday and I require more time to respond to same as well as obtain additional records regarding my client's physical and psychological conditions, records which I have already requested from the appropriate agencies.

I am requesting a sentence date of Friday, August 1, 2008 at 3:00PM as a final date. I have discussed this application with AUSA Benjamin Naftalis who does not object to same.

Thank you very much for your consideration.

Respectfully submitted,

Joel S. Walter & Associates, P.C.

By: _____
Joel S. Walter, Esq.

JSW/nt
c:  AUSA Benjamin Naftalis
    U.S. Probation Officer Thomas McCarthy