LAW OFFICES
# Joel S. Walter and Associates, P.C.
## Joel S. Walter, Esq.

225 BROADWAY, SUITE 1605
NEW YORK, NY 10007
212-566-3900

TELECOPIER: 212-566-6699
E-mail: cdarrowj@gmail.com

OF COUNSEL
ROBERT A. BOLAND, ESQ.*
*Admitted in New York & Georgia
SANDRA R. SCHIFF, ESQ.
MICHAEL H. SOROKA, ESQ.

June 17, 2008

Honorable Shira Scheindlin
U.S District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: **USA v. Morningstar Raindance**
> **08 CR 116 -01 (SAS)**
> **Request for Adjournment of Sentence**

Dear Judge Scheindlin:

I am writing to request an adjournment of the sentence of my client, Morningstar Raindance who is currently scheduled for sentencing August 1, 2008 at 4:30PM.

I still require more time to prepare a sentencing memorandum <u>after I receive</u> my client's SSI files which are very important to my arguments on her behalf.

I am requesting an additional month for sentencing. I have discussed this application with AUSA Todd Blanche who does not object to same.

Thank you very much for your consideration.

Respectfully submitted,

Joel S. Walter & Associates, P.C.

By: _____
Joel S. Walter, Esq.

JSW/nt
c:  AUSA Todd Blanche
    U.S. Probation Officer Thomas McCarthy