(212) 223-1942 (F)
(212) 566-3900

LAW OFFICES
**Joel S. Walter and Associates, P.C.**
Joel S. Walter, Esq.
225 BROADWAY, SUITE 1605
NEW YORK, NY 10007
212-566-3900

OF COUNSEL
ROBERT A. ROLAND, ESQ.
*(Admitted in New York & Georgia)*
MINORA D. SCOTT, ESQ.
MICHAEL H. ROJTYCKA, ESQ.

TELECOPIER: 212-566-6600
E-mail: coonrow@gmail.com

DATE FILED: 7/18/08

June 17, 2008

Honorable Shira Scheindlin
U.S District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: USA v. Morningstar Raindance  (08CR 116 (SAS))
08 CR 116 -01 (SAS)
**Request for Adjournment of Sentence**

RECEIVED
CHAMBERS OF
JUL 18 2008
JUDGE SCHEINDLIN

Dear Judge Scheindlin:

I am writing to request an adjournment of the sentence of my client, Morningstar Raindance who is currently scheduled for sentencing August 1, 2008 at 4:30PM.

I still require more time to prepare a sentencing memorandum after I receive my client's SSI files which are very important to my arguments on her behalf.

I am requesting an additional month for sentencing. I have discussed this application with AUSA Todd Blanche who does not object to same.

Thank you very much for your consideration.

Respectfully submitted,

Joel S. Walter & Associates, P.C.

By: _____
Joel S. Walter, Esq.

JSW/m
c: AUSA Todd Blanche
U.S. Probation Officer Thomas McCarthy

*Defendant's request is granted. The sentencing previously scheduled for August 1, 2008 is adjourned to September 2, 2008, at 4:30 p.m. No further adjournments.*

SO ORDERED:

_____
Shira A. Scheindlin, USDJ

Date: July 18, 2008