LAW OFFICES

## Joel S. Walter and Associates, P.C.
### Joel S. Walter, Esq.

225 BROADWAY, SUITE 1605
NEW YORK, NY 10007
212-566-3900

TELECOPIER: 212-566-6699
E-mail: cdarrowj@gmail.com

OF COUNSEL
ROBERT A. BOLAND, ESQ.*
*Admitted in New York & Georgia
SANDRA R. SCHIFF, ESQ.
MICHAEL H. SOROKA, ESQ.

August 22, 2008

Honorable Shira A. Scheindlin
U.S District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: **USA v. Morningstar Raindance**
          **08 CR 116 -01 (SAS)**

Dear Judge Scheindlin:

    Enclosed please find additional photos of my client's home, as well as photos of the converted school bus in which her son Alpha lives. Ms. Raindance is to be sentenced by your Honor on September 2, 2008.

                                   Respectfully submitted,

                                   Joel S. Walter & Associates, P. C.

                     By: _____
                            Joel S. Walter, Esq.

JSW/nt
Enc.
c:    AUSA Benjamin A. Naftalis
      US Probation Officer Thomas McCarthy







